[No. 35872-7-II. Division Two. August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY FRANKLIN TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 06-1-00080-1, E. Thompson Reynolds, J., entered January 25, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36012-8-II. Division Two. August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGEY KANSTANTINOVICH SIROTKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01591-6, Robert A. Lewis, J., entered February 14, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Bridgewater, JJ.

[No. 36175-2-II. Division Two. August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD ROCKY JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00561-9, Barbara D. Johnson, J., entered March 21, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.